IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KRISTA D. ROGERS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-110-SDJ-KPJ |
| | § | |
| PARIS REGIONAL MEDICAL CENTER, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 22, 2021, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #30) that Defendant Paris Regional Medical Center's ("Defendant") Motion for Summary Judgment (the "Motion") (Dkt. #21) be granted.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, the Motion (Dkt. #21) is **GRANTED** and this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own costs and fees. The clerk of court is directed to terminate this matter.

**So ORDERED and SIGNED this 29th day of November, 2021.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE